201 So.2d 654

**Grady MOODY**

v.

**STATE.**

**4 Div. 302.**

Supreme Court of Alabama.

Aug. 17, 1967.

MacDonald Gallion, Atty. Gen., and Julian S. Pinkston, Asst. Atty. Gen., for petitioner.

Jack W. Smith and Jas. A. Mulkey, Geneva, opposed.

SIMPSON, Justice.

Petition of the State by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision in Moody v. State, 44 Ala. App. 26, 201 So.2d 650 (4 Div. 571).

Writ denied.

LIVINGSTON, C. J., and MERRILL and HARWOOD, JJ., concur.

203 So.2d 465

**George W. MOORE**

v.

**STATE.**

I Div. 483.

Supreme Court of Alabama.

Oct. 26, 1967.

Robt. E. McDonald, Jr., Mobile, for petitioner.

H. Evans, Asst. Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

Petition of George W. Moore for certiorari to the Court of Appeals to review and revise the judgment and decision in Moore v. State, 44 Ala.App. 113, 203 So.2d 460.

Writ denied.

SIMPSON, MERRILL and HARWOOD, JJ., concur.

199 So.2d 677

**Ray MORRIS**

v.

**STATE.**

I Div. 451.

Supreme Court of Alabama.

June 1, 1967.

Harry Seale, Mobile, for petitioner.

MacDonald Gallion, Atty. Gen., and Walter S. Turner, Asst. Atty. Gen., opposed.

MERRILL, Justice.

Petition of Ray Morris for certiorari to the Court of Appeals to review and revise the judgment and decision in Morris v. State, 43 Ala.App. 660, 199 So.2d 675 (1 Div. 188).

Writ denied.

LIVINGSTON, C. J., and SIMPSON and HARWOOD, JJ., concur.